1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11   CHRISTINE MAMBO AARON,              )        No.  EDCV 11-434-AHM (AGR)
                                         )
12                  Plaintiff,           )
                                         )        ORDER ACCEPTING FINDINGS AND
13        v.                             )        RECOMMENDATION OF UNITED
                                         )        STATES MAGISTRATE JUDGE
14   DORIS STEWART,                      )
                                         )
15                  Defendant(s).        )
                                         )

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

18   file, and the Report and Recommendation of the United States Magistrate Judge.

19   Plaintiff has not filed any Objections to the Report.  The Court accepts the findings

20   and recommendation of the Magistrate Judge.

21        IT IS ORDERED that Judgment be entered dismissing this action without

22   prejudice for failure to prosecute.

23

24   DATED:  April 10, 2012          _____
                                              A. HOWARD MATZ
25                                       UNITED STATES DISTRICT JUDGE

26

27

28