UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MAMBO AARON,<br><br>    Plaintiff,<br><br>  v.<br><br>DORIS STEWART,<br><br>    Defendants. | No. EDCV 11-434-AHM (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: April 10, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE