UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MAMBO AARON, </br> Plaintiff, </br> v. </br> DORIS STEWART, </br> Defendants. | No. EDCV 11-434-AHM (AGR) </br></br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: April 10, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE